# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11677-AMC |
| Stefanie Coaxum | Chapter 13 |
| Debtor. | |

## Certificate of Service

I, Michael A. Cibik, certify that on April 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 21, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

## Method of Service: First Class Mail

**Affirm, Inc.**
Attn: Bankruptcy Notice,
650 California Street Floor 12
San Francisco, CA 94108

**American Heritage FCU**
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

**Amex**
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

**Aqua Pennsylvania**
Attn: Bankruptcy
762 W Lancaster Ave
Bryn Mawr, PA 19010-3402

**Bmg Money**
Attn: Bankruptcy
444 Brickell Avenue Suite 250
Miami, FL 33131

**Capital One**
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

**Ccb/saks**
P.O. Box 182120
Columbus, OH 43218

**Citibank**
Citicorp Cr Srvs
Centralized Bankruptcy
P.O. Box 790040
Saint Louis, MO 63179-0027

**Comenity Bank/Buckle**
Attn: Bankruptcy
P.O.Box 182273
Columbus, OH 43218-2273

**Credit Collection Services**
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

**Macy's/DSNB**
Attn: Bankruptcy
701 E 60th St N
Sioux Falls, SD 57104-0432

**Midland Credit Mgmt**
Attn: Bankruptcy
P.O. Box 939069
San Diego, CA 92193

**Nordstrom FSB**
ATTN: Bankruptcy
P.O. Box 6555
Englewood, CO 80155-6555

**Penn Medicine**
Attn: Bankruptcy
P.O. Box 824406
Philadelphia, PA 19182

**PennyMac Loan Services, LLC**
Attn: Bankruptcy
P.O. Box 514387
Los Angeles, CA 90051

**Portnoff Law Associates, Ltd.**
Attn: Bankruptcy
2700 Horizon Dr Ste 100
King of Prussia, PA 19406-2726

**Target NB**
C/O Financial & Retail Services
Mailstop BT
PO Box 9475
Minneapolis, MN 55440