INTERNAL REVENUE SERVICE

| ***-**-**** | 02/08/2026 | 02/21/2026 | 03 | 93-47-1620-10-40 | 0010 | 93-41-80-8029 | | GS | 08 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|

| $80,047.00 | PA | F/T | 06/10/1995 | $10,671.57 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | Hours | Hours/Amt | | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01 | REGULAR TIME | | | | 40.00 | 246.00 | | 1,534.40 | 9,409.96 |
| 11 | NIGHT DIFFERENTIAL | | | | | 12.50 | | | 48.00 |
| 21 | OVERTIME - PREMIUM RATE | | | | | 17.50 | | | 942.20 |
| 25 | OT OVER 40 W/NIGHT DIFF | | | | | 12.50 | | | 673.00 |
| 34 | FLSA | | | | | 30.00 | | | 119.34 |
| 61 | ANNUAL LEAVE | | | | 24.00 | 72.00 | | 920.64 | 2,749.76 |
| 62 | SICK LEAVE | | | | 8.00 | 8.00 | | 306.88 | 306.88 |
| 64 | COMPENSATORY LEAVE | | | | | 21.50 | | | 816.57 |
| 66 | OTHER LEAVE | | | | 8.00 | 50.00 | | 306.88 | 1,905.08 |
| ** ** | **** PAY PERIOD HOURS & GROSS PAY **** | | | | 80.00 | | | 3,068.80 | 16,970.79 |
| 75 02 | RETIREMENT | | | | | | | 24.55 | 121.51 |
| 75 31 | ROTH TSP-FERS | | | | | | | 245.50 | 1,215.04 |
| 76 | SOCIAL SECURITY (OASDI) | | | | | | | 177.35 | 989.35 |
| 77 | FEDERAL TAX EXEMPTS  MS | | | | | | | | 374.16 |
| 78 | ST TAX PA   EXEMPTS 000 | | | | | | | 87.82 | 489.88 |
| 79 | CITY TAX   EXEMPTS<br> PHILADELPHIA, PA | | | | | | | 105.26 | 582.10 |
| 81 | FEGLI- COVERAGE $   $83,000 | | | | | | | 13.28 | 66.08 |
| 83 | FEHBA - ENROLL CODE  316 | | | | | | | 186.51 | 904.93 |
| 83 10 | DENTAL PLAN | | | | | | | 21.78 | 108.56 |
| 88 | CHKING/SAVING ******** | | | | | | | 68.00 | 340.00 |
| 88 | CHKING/SAVING ******** | | | | | | | 75.00 | 375.00 |
| 88 | CHKING/SAVING ******** | | | | | | | 500.00 | 2,500.00 |
| 88 40 | TSP LOAN REPAY (FED) | | | | | | | 41.03 | 205.15 |
| 88 40 | TSP LOAN REPAY (FED) | | | | | | | 51.23 | 256.15 |
| 97 | MEDICARE TAX WITHHELD | | | | | | | 41.48 | 231.38 |
| ** ** | ********** TOTAL DEDUCTIONS ********** | | | | | | | 1,638.79 | 8,759.29 |
| ** ** | *************** NET PAY *************** | | | | | | | 1,430.01 | 8,211.50 |
| ** ** | DD/EFT ROUTING NO. ******** | | | | | | | | |

| | | | 24.00 | 40.00 | -16.00 | | | 240 00 |
|---|---|---|---|---|---|---|---|---|
| | | | 12 | 8.00 | -40.00 | | | |
| | | | | | | | | 8 |

STEFANIE  COAXUM
720 EATON RD
DREXEL HILL, PA 19026-0000

Official Pay Date          03/05/2026

AGENCY HR ADDRESS

IRS OGDEN PAYROLL
CENTER
MAIL STOP 1502  P.O. 9774
OGDEN          UT 84409
Phone 866-743-5748

| INTERNAL REVENUE SERVICE | | | | | | | | | | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| SOCIAL SECURITY NO. | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 02/22/2026 | 03/07/2026 | 04 | 93-47-1620-10-40 | 0010 | 93-41-80-8029 | ■ | GS | 08 | 10 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|
| $80,047.00 | PA | F/T | 06/10/1995 | $10,690.60 | |

### EARNINGS AND DEDUCTIONS

| CODE | | DESCRIPTION | HOURS P/P | HOURS YR. TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | 60.00 | 306.00 | 2,301.60 | 11,711.56 |
| 11 | | NIGHT DIFFERENTIAL | | 12.50 | | 48.00 |
| 21 | | OVERTIME - PREMIUM RATE | | 17.50 | | 942.20 |
| 25 | | OT OVER 40 W/NIGHT DIFF | | 12.50 | | 673.00 |
| 34 | | FLSA | | 30.00 | | 119.34 |
| 61 | | ANNUAL LEAVE | | 72.00 | | 2,749.76 |
| 62 | | SICK LEAVE | 2.00 | 10.00 | 76.72 | 383.60 |
| 64 | | COMPENSATORY LEAVE | | 21.50 | | 816.57 |
| 66 | | OTHER LEAVE | | 50.00 | | 1,905.08 |
| 71 | | LEAVE WITHOUT PAY | 18.00 | | | |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | 80.00 | | 2,378.32 | 19,349.11 |
| 75 | 02 | RETIREMENT | | | 19.03 | 140.54 |
| 75 | 31 | ROTH TSP-FERS | | | 190.27 | 1,405.31 |
| 76 | | SOCIAL SECURITY (OASDI) | | | 134.54 | 1,123.89 |
| 77 | | FEDERAL TAX EXEMPTS MS | | | | 374.16 |
| 78 | | ST TAX PA EXEMPTS 000 | | | 66.62 | 556.50 |
| 79 | | CITY TAX EXEMPTS | | | 81.58 | 663.68 |
| | | PHILADELPHIA, PA | | | | |
| 81 | | FEGLI- COVERAGE $ $83,000 | | | 13.28 | 79.36 |
| 83 | | FEHBA - ENROLL CODE 316 | | | 186.51 | 1,091.44 |
| 83 | 10 | DENTAL PLAN | | | 21.78 | 130.34 |
| 88 | | CHKING/SAVING ******** | | | 68.00 | 408.00 |
| 88 | | CHKING/SAVING ******** | | | 75.00 | 450.00 |
| 88 | | CHKING/SAVING ******** | | | 500.00 | 3,000.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 41.03 | 246.18 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | 51.23 | 307.38 |
| 97 | | MEDICARE TAX WITHHELD | | | 31.47 | 262.85 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | 1,480.34 | 10,239.63 |
| ** | ** | *************** NET PAY *************** | | | 897.98 | 9,109.48 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 32.00 | 40.00 | -8.00 | | | 240|00 |
| SICK | 16 | 10.00 | -38.00 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

NAME AND ADDRESS

STEFANIE COAXUM
720 EATON RD
DREXEL HILL, PA 19026-0000

Official Pay Date      03/19/2026

AGENCY HR ADDRESS

IRS OGDEN PAYROLL CENTER
MAIL STOP 1502 P.O. 9774
OGDEN        UT 84409
Phone 866-743-5748

| INTERNAL REVENUE SERVICE | | | | | | | | | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. ***-**-**** | PAY PERIOD DATE MO DA YR MO DA YR 03/08/2026   03/21/2026 | P/P 05 | T&A CONTACT POINT 93-47-1620-10-40 | ACCT. STAT. 0010 | ORGANIZATIONAL STRUCTURE 93-41-80-8029 | PERSNL OFFICE ▮ | PAY PLAN GS | GR. 08 | STEP 10 | | |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|
| $80,047.00 | PA | F/T | 06/10/1995 | $10,715.15 | |

### EARNINGS AND DEDUCTIONS

| CODE | | DESCRIPTION | | HOURS P/P | HOURS YR. TO DATE | | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | | 76.00 | 382.00 | | 2,915.36 | 14,626.92 |
| 11 | | NIGHT DIFFERENTIAL | | | 12.50 | | | 48.00 |
| 21 | | OVERTIME - PREMIUM RATE | | | 17.50 | | | 942.20 |
| 25 | | OT OVER 40 W/NIGHT DIFF | | | 12.50 | | | 673.00 |
| 34 | | FLSA | | | 30.00 | | | 119.34 |
| 61 | | ANNUAL LEAVE | | | 72.00 | | | 2,749.76 |
| 62 | | SICK LEAVE | | 4.00 | 14.00 | | 153.44 | 537.04 |
| 64 | | COMPENSATORY LEAVE | | | 21.50 | | | 816.57 |
| 66 | | OTHER LEAVE | | | 50.00 | | | 1,905.08 |
| ** | ** | **** PAY PERIOD HOURS & GROSS PAY **** | | 80.00 | | | 3,068.80 | 22,417.91 |
| 75 | 02 | RETIREMENT | | | | | 24.55 | 165.09 |
| 75 | 31 | ROTH TSP-FERS | | | | | 245.50 | 1,650.81 |
| 76 | | SOCIAL SECURITY (OASDI) | | | | | 177.35 | 1,301.24 |
| 77 | | FEDERAL TAX EXEMPTS  MS | | | | | | 374.16 |
| 78 | | ST TAX PA  EXEMPTS 000 | | | | | 87.82 | 644.32 |
| 79 | | CITY TAX   EXEMPTS PHILADELPHIA, PA | | | | | 105.26 | 768.94 |
| 81 | | FEGLI- COVERAGE $  $83,000 | | | | | 13.28 | 92.64 |
| 83 | | FEHBA - ENROLL CODE  316 | | | | | 186.51 | 1,277.95 |
| 83 | 10 | DENTAL PLAN | | | | | 21.78 | 152.12 |
| 88 | | CHKING/SAVING ******** | | | | | 68.00 | 476.00 |
| 88 | | CHKING/SAVING ******** | | | | | 75.00 | 525.00 |
| 88 | | CHKING/SAVING ******** | | | | | 500.00 | 3,500.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | | 41.03 | 287.21 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | | 51.23 | 358.61 |
| 97 | | MEDICARE TAX WITHHELD | | | | | 41.48 | 304.33 |
| ** | ** | ********** TOTAL DEDUCTIONS ********** | | | | | 1,638.79 | 11,878.42 |
| ** | ** | *************** NET PAY *************** | | | | | 1,430.01 | 10,539.49 |
| ** | ** | DD/EFT ROUTING NO. ******** | | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | | ANN | 40.00 | 40.00 | | | | 240|00 |
| RELIGIOUS COMP-BY PAY PERIOD | | | | SICK | 20 | 14.00 | -38.00 | | | LEAVE CATEG |
| TRAVEL COMP-BY PAY PERIOD | | | | COMP | | | | | | 8 |
| MILITARY | | | | | | | | | | REMARKS |
| TIME OFF AWARD | | | | | | | | | | |
| BPAPRA COMPENSATORY | | | | | | | | | | |
| BPAPRA OBLIGATED DEBT | | | | | | | | | | |
| DISABLED VETERAN LEAVE | | | | | | | | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

NAME AND ADDRESS

STEFANIE  COAXUM
720 EATON RD
DREXEL HILL, PA 19026-0000

Official Pay Date          04/02/2026

AGENCY HR ADDRESS

IRS OGDEN PAYROLL CENTER
MAIL STOP 1502  P.O. 9774
OGDEN        UT 84409
Phone 866-743-5748

| INTERNAL REVENUE SERVICE | | | | | | | | | | | FORM AD-334 USDA (REV. 8/17) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | | PAY PERIOD DATE MO DA YR MO DA YR | | P/P | T&A CONTACT POINT | ACCT. STAT. | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
| \*\*\*_\*\*_\*\*\*\* | | 03/22/2026    04/04/2026 | | 06 | 93-47-1620-10-40 | 0010 | 93-41-80-8029 | ■ | GS | 08 | 10 |

| SALARY | RATE | TYPE EMPL. | SCD FOR LEAVE | RET. DEDUCTIONS THIS APPOINTMENT | STATEMENT OF EARNINGS AND LEAVE |
|---|---|---|---|---|---|
| $80,047.00 | PA | F/T | 06/10/1995 | $10,739.70 | |

### EARNINGS AND DEDUCTIONS

| CODE | | DESCRIPTION | | HOURS P/P | HOURS YR. TO DATE | | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|---|---|---|
| 01 | | REGULAR TIME | | 72.00 | 454.00 | | 2,761.92 | 17,388.84 |
| 11 | | NIGHT DIFFERENTIAL | | | 12.50 | | | 48.00 |
| 21 | | OVERTIME - PREMIUM RATE | | | 17.50 | | | 942.20 |
| 25 | | OT OVER 40 W/NIGHT DIFF | | | 12.50 | | | 673.00 |
| 34 | | FLSA | | | 30.00 | | | 119.34 |
| 61 | | ANNUAL LEAVE | | 8.00 | 80.00 | | 306.88 | 3,056.64 |
| 62 | | SICK LEAVE | | | 14.00 | | | 537.04 |
| 64 | | COMPENSATORY LEAVE | | | 21.50 | | | 816.57 |
| 66 | | OTHER LEAVE | | | 50.00 | | | 1,905.08 |
| \*\* | \*\* | \*\*\*\* PAY PERIOD HOURS & GROSS PAY \*\*\*\* | | 80.00 | | | 3,068.80 | 25,486.71 |
| 75 | 02 | RETIREMENT | | | | | 24.55 | 189.64 |
| 75 | 31 | ROTH TSP-FERS | | | | | 245.50 | 1,896.31 |
| 76 | | SOCIAL SECURITY (OASDI) | | | | | 177.35 | 1,478.59 |
| 77 | | FEDERAL TAX EXEMPTS  MS | | | | | | 374.16 |
| 78 | | ST TAX PA  EXEMPTS 000 | | | | | 87.82 | 732.14 |
| 79 | | CITY TAX  EXEMPTS  PHILADELPHIA, PA | | | | | 105.26 | 874.20 |
| 81 | | FEGLI- COVERAGE $  $83,000 | | | | | 13.28 | 105.92 |
| 83 | | FEHBA - ENROLL CODE  316 | | | | | 186.51 | 1,464.46 |
| 83 | 10 | DENTAL PLAN | | | | | 21.78 | 173.90 |
| 88 | | CHKING/SAVING \*\*\*\*\*\*\*\* | | | | | 68.00 | 544.00 |
| 88 | | CHKING/SAVING \*\*\*\*\*\*\*\* | | | | | 75.00 | 600.00 |
| 88 | | CHKING/SAVING \*\*\*\*\*\*\*\* | | | | | 500.00 | 4,000.00 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | | 41.03 | 328.24 |
| 88 | 40 | TSP LOAN REPAY (FED) | | | | | 51.23 | 409.84 |
| 97 | | MEDICARE TAX WITHHELD | | | | | 41.48 | 345.81 |
| \*\* | \*\* | \*\*\*\*\*\*\*\*\*\* TOTAL DEDUCTIONS \*\*\*\*\*\*\*\*\*\* | | | | | 1,638.79 | 13,517.21 |
| \*\* | \*\* | \*\*\*\*\*\*\*\*\*\*\*\*\*\* NET PAY \*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | 1,430.01 | 11,969.50 |
| \*\* | \*\* | DD/EFT ROUTING NO. \*\*\*\*\*\*\*\* | | | | | | |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE |
|---|---|---|---|
| CREDIT HOURS-BY PAY PERIOD | | | |
| RELIGIOUS COMP-BY PAY PERIOD | | | |
| TRAVEL COMP-BY PAY PERIOD | | | |
| MILITARY | | | |
| TIME OFF AWARD | | | |
| BPAPRA COMPENSATORY | | | |
| BPAPRA OBLIGATED DEBT | | | |
| DISABLED VETERAN LEAVE | | | |

| TYPE | 1ST YEAR | 2ND YEAR | 3RD YEAR | BALANCE |
|---|---|---|---|---|
| REST. ANN. LEAVE HRS. | | | | |

NAME AND ADDRESS

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 48.00 | 48.00 | | | | 240|00 |
| SICK | 24 | 14.00 | -34.00 | | | LEAVE CATEG |
| COMP | | | | | | 8 |

REMARKS

STEFANIE  COAXUM
720 EATON RD
DREXEL HILL, PA 19026-0000

Official Pay Date          04/16/2026

AGENCY HR ADDRESS

IRS OGDEN PAYROLL CENTER
MAIL STOP 1502  P.O. 9774
OGDEN          UT 84409
Phone 866-743-5748