TD Bank, N.A.
PO BOX 1931
Burlingame, CA 94011

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re:  Stephanie Coaxum
CHAPTER 13
CASE NUMBER: 26-11677

TO: Clerk of the Court

Please withdraw claim number 2 in the amount of $2977.22 on behalf of TD Bank, N.A.

DATED: 7/6/2026

TD Bank, N.A.

/s/  Larry Yip