United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Stefanie Coaxum
Debtor

Case No. 26-11677-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 31, 2026 Form ID: 155 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stefanie Coaxum, 720 Eaton Rd, Drexel Hill, PA 19026-1507 |
| 15131943 | | Alexander Parise, 1787 Veterans Hwy Ste 32 Ste 32, Islandia, NY 11749-1500 |
| 15142233 | + | Pennymac Loan Services, LLC, Powers Kirn, LLC, c/o Jill Manuel-Coughlin, Esq., 8 Neshaminy Interplex, Suite 215, Trevose PA 19053-6980 |
| 15131958 | | Portnoff Law Associates, Ltd., Attn: Bankruptcy, 2700 Horizon Dr Ste 100, King of Prussia, PA 19406-2726 |
| 15152619 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 15152620 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15131942 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 31 2026 10:35:39 | Affirm, Inc., Attn: Bankruptcy Notice,, 650 California Street Floor 12, San Francisco, CA 94108-2716 |
| 15131944 | + | Email/Text: bankruptcy@amhfcu.org | Oct 31 2026 10:36:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15131945 | + | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 10:46:43 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15131946 | ^ | MEBN | Oct 31 2026 10:29:01 | Aqua Pennsylvania, Attn: Bankruptcy, 762 W Lancaster Ave, Bryn Mawr, PA 19010-3489 |
| 15131947 | + | Email/Text: bankruptcy@bmgmoney.com | Oct 31 2026 10:36:00 | Bmg Money, Attn: Bankruptcy, 444 Brickell Avenue Suite 250, Miami, FL 33131-2404 |
| 15131948 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2026 10:35:32 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15131949 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2026 10:35:00 | Ccb/saks, Po Box 182120, Columbus, OH 43218-2120 |
| 15131950 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 10:47:03 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15149337 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 10:47:02 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15131951 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2026 10:35:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 15131952 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 31 2026 10:36:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15131953 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 10:47:03 | Macy's/DSNB, Attn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 15154747 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 31 2026 10:36:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15140116 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2026 10:35:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15148395 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2026 10:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15131954 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2026 10:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15131955 | | Email/Text: bankruptcy@td.com | Oct 31 2026 10:36:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15154648 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2026 10:35:26 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15131956 | ^ | MEBN | Oct 31 2026 10:29:00 | Penn Medicine, Attn: Bankruptcy, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 15151368 | + | Email/PDF: ebnotices@pnmac.com | Oct 31 2026 10:46:44 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 15156768 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2026 10:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15151365 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2026 10:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15131959 | | Email/Text: bncmail@w-legal.com | Oct 31 2026 10:35:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 15135648 | ^ | MEBN | Oct 31 2026 10:28:59 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15131957 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| 15152901 | *+ | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Stefanie Coaxum help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Stefanie Coaxum | ) | Case No. 26−11677−amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 20, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court